**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1: 24-CV-24250-DPG**

**MUSASHI AZ, LLC,**

     **Plaintiff,**

**v.**

**MARINEMAX EAST, INC.,**
**FORTUN INSURANCE, LLC, and**
**AZIMUT BENETTI SERVICE USA, INC.,**

     **Defendants.**

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Report and Recommendation of Magistrate Judge Detra Shaw-Wilder (the "Report"), [ECF No. 96], on Defendant Fortun Insurance, LLC's ("Fortun") Motion to Dismiss Plaintiff's Second Amended Complaint and Demand for Jury Trial ("Motion"), [ECF No. 65]. On July 21, 2025, Plaintiff Musashi AZ, LLC ("Plaintiff") filed its Response in Opposition to Fortun's Motion [ECF No. 69]. On July 28, 2025, Fortun filed its Reply. [ECF No. 71]. On February 23, 2026, Judge Shaw-Wilder issued her Report recommending that Fortun's Motion be denied, [ECF No. 96]. Neither party objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Because neither party has objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusion that Fortun's Motion [ECF No. 65] should be denied.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 96], is **ADOPTED** in full.

(2)     Defendant Fortun Insurance, LLC's Motion, [ECF No. 65], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of March 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2